1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                         **DISTRICT OF NEVADA**
8
JOHNNY DARIO LEMUS,                    )
9                                      )
               Plaintiff(s),           )        Case No. 2:14-cv-01381-JCM-NJK
10                                     )
vs.                                    )        ORDER SETTING HEARING
11                                     )
ROBERT JAMES OLAVESON, et al.,         )        (Docket No. 16)
12                                     )
               Defendant(s).           )
13 _____)

14          Pending before the Court is Defendants' motion for sanctions.   Docket No. 16.  The Court

15  has reviewed Defendants' motion, Plaintiff's response, Plaintiff's errata to his response, and

16  Defendants' reply.  Docket Nos. 16, 17, 19, 21.  The Court hereby **SETS** an evidentiary hearing on

17  Defendants' motion for sanctions (Docket No. 16) for January 22, 2015, at 1:00 p.m. in Courtroom

18  3D.

19          Additionally, Defendants are **ORDERED** to provide chambers a paper copy of their reply

20  (Docket No. 21) no later than 4:00 p.m. on January 12, 2015.  *See* Special Order 109.

21          IT IS SO ORDERED.

22          DATED: January 9, 2015

23

24

25  _____

26  NANCY J. KOPPE
    United States Magistrate Judge

27

28