1
2
3
4

# UNITED STATES DISTRICT COURT

5

## DISTRICT OF NEVADA

6
7

JHONNY DARIO LEMUS, )

Plaintiff(s), )    Case No. 2:14-cv-01381-JCM-NJK

8

vs. )    ORDER

9

ROBERT JAMES OLAVESON, et al., )

10

Defendant(s). )

11

12    The Court has scheduled an evidentiary hearing on Defendants' motion for sanctions (Docket

13 No. 16) on January 28, 2015, at 1:00 p.m. in Courtroom 3B.  Docket No. 25.  The Court has

14 reviewed Defendants' motion, Plaintiff's response, Plaintiff's errata to his response, and Defendants'

15 reply. Docket Nos. 16, 17, 19, 21.  From the briefing, it appears that the major issues to be addressed

16 at the evidentiary hearing are as follows:

17    a.    Whether Plaintiff's counsel provided Defense counsel with advanced notice that

18    Plaintiff would undergo surgery.

19    b.    The statement regarding Plaintiff's future spinal surgeries in the Joint Discovery

20    Plan.

21    c.    Whether the presence of a spinal cord stimulator changed Plaintiff's physical makeup

22    such that it spoilated material evidence.

23    The parties are hereby **ORDERED** to submit a joint pre-hearing brief, no later than January

24 20, 2015, listing all witnesses who will be testifying at the evidentiary hearing.

25    IT IS SO ORDERED.

26    DATED: January 12, 2015

27
28

_____
NANCY J. KOPPE
United States Magistrate Judge