# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JHONNY DARIO LEMUS,<br><br>  Plaintiff(s),<br><br>vs.<br><br>ROBERT JAMES OLAVESON, et al.,<br><br>  Defendant(s). | Case No. 2:14-cv-01381-JCM-NJK<br><br>ORDER VACATING<br>EVIDENTIARY HEARING |

On January 28, 2015, the Court conducted an evidentiary hearing on Defendants' motion for sanctions (Docket No. 16). *See* Docket No. 30. The Court ordered supplemental briefing regarding Plaintiff's Exhibit 1 to be filed no later than February 4, 2015, and responses to be filed no later than February 6, 2015. *Id.* The Court also continued the remainder of the evidentiary hearing to February 9, 2015. *Id.* The Court hereby **VACATES** the evidentiary hearing pending review of the supplemental briefing. The Court will reset the evidentiary hearing, if necessary, at a later date.

IT IS SO ORDERED.

DATED: January 30, 2015

  _____
  NANCY J. KOPPE
  United States Magistrate Judge