# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY DARIO LEMUS,<br><br>        Plaintiff,<br><br>vs.<br><br>ROBERT JAMES OLAVESON, et al.,<br><br>        Defendants. | Case No. 2:14-cv-01381-JCM-NJK<br><br>ORDER SETTING HEARING |

Pending before the Court is Defendants' Motion for Sanctions for Plaintiff's Spoliation of Evidence and Failure to Comply with Fed.R.Civ.P. 26. Docket No. 16.

On January 28, 2015, the Court conducted an evidentiary hearing on the spoliation portion of the motion. Docket No. 30.[1] After hearing the evidence presented, the Court determines that no further evidentiary hearing is necessary on the spoliation issue.

The Court hereby **SETS** a hearing for oral argument on Defendants' motion (Docket No. 16) for February 27, 2015, at 2:00 p.m. in Courtroom 3D.

IT IS SO ORDERED.

DATED: February 11, 2015.

 

NANCY J. KOPPE
United States Magistrate Judge

---

[1] At the request of Defendants, the Court allowed supplemental briefing regarding an exhibit presented at the hearing. *Id*. The Court has now received the parties' supplemental briefing. Docket Nos. 37, 39, 40, 41.