# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JHONNY D. LEMUS, | Case No. 2:14-cv-01381-JCM-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| ROBERT J. OLVAVESON, et al., | |
| Defendant(s). | |

Pending before the Court is Defendants' emergency motion to disqualify counsel. Docket No. 63. The Court hereby **ORDERS** that a response must be filed no later than May 17, 2016, and any reply must be filed no later than May 18, 2016.

IT IS SO ORDERED.

DATED: May 12, 2016

_____
Nancy J. Koppe
United States Magistrate Judge