| | |
|---|---|
| 1 | KYM SAMUEL CUSHING |
| | Nevada Bar No. 4242 |
| 2 | MARK C. SEVERINO |
| | Nevada Bar No. 14117 |
| 3 | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** |
| | 300 South Fourth Street, 11th Floor |
| 4 | Las Vegas, Nevada 89101 |
| | (702) 727-1400; Fax (702) 727-1401 |
| 5 | Kym.Cushing@wilsonelser.com |
| | Mark.Severino@wilsonelser.com |
| 6 | *Attorneys for Defendants Robert James Olaveson and Andrus Transportation Services* |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JHONNY DARIO LEMUS, | CASE NO.: 2:14-cv-01381-JCM-NJK |
| Plaintiff, | |
| vs. | |
| ROBERT JAMES OLAVESON; ANDRUS TRANSPORTATION SERVICES INCORPORATED; DOES I through XX, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive, | |
| Defendants. | |

### NOTICE OF CHANGE OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST

TO: CLERK OF THE COURT; and

TO: ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants ROBERT JAMES OLAVESON AND ANDRUS TRANSPORTATION SERVICES, by and through its counsel of record, KYM SAMUEL CUSHING, ESQ. and MARK C. SEVERINO, ESQ. of the law office of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, hereby advises the Court and all other parties that counsel JOSEPH CHU, ESQ., is no longer the attorney of record in this case. Defendants request that Mr. Chu be removed from the Court's electronic service list.

. . .

. . .

. . .

NOTICE IS HEREBY GIVEN that KYM SAMUEL CUSHING, ESQ., and MARK C. SEVERINO, ESQ. will continue as the attorneys of record on behalf of the law office of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP for defendants ROBERT JAMES OLAVESON AND ANDRUS TRANSPORTATION SERVICES. The firm name, address, telephone number, and fax number will remain the same.

DATED this 11 day of May, 2016.

IT IS SO ORDERED.
DATE: May 12, 2016

_____
UNITED STATES MAGISTRATE JUDGE

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

BY: _____
KYM SAMUEL CUSHING
Nevada Bar No. 4242
MARK C. SEVERINO
Nevada Bar No. 14117
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
702.727.1400; FAX 702.727.1401
*Attorneys for Defendants Robert James Olaveson and Andrus Transportation Services*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and that on this 11 day of May, 2016, I electronically filed and served a true and correct copy of the foregoing **NOTICE OF CHANGE OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** to all parties on file with the CM/ECF.

Ramzy Paul Ladah, Esq.
Ladah Law Firm
517 S. 3rd Street
Las Vegas, Nevada 89101
litigations@ladahlaw.com
702.252.0055; FAX 702.248.0055
Attorneys for Plaintiff

Kristian W. Lavigne, Esq.
Kristian Lavigne & Associates
8064 W. Sahara Ave.
Las Vegas, Nevada 89117
kris@myrebellawyer.com
702.379.4413; FAX 702.310.6690
Attorneys for Plaintiff

BY: _____
An Employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

954115v.1