**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JHONNY DARIO LEMUS,         ) | Case No. 2:14-cv-01381-JCM-NJK |
| )  Plaintiff,                         ) | |
| )  | ORDER RE: MOTION TO STRIKE |
| vs.                                          ) | |
| )  | (Docket No. 97) |
| ROBERT JAMES OLAVESON, et al., ) | |
| )  | |
| )  Defendants.                    ) | |

Pending before the Court is Defendants' motion to strike Plaintiff's replies in support of Plaintiff's motions *in limine*, Docket Nos. 85 and 87, for failure to obtain leave of the court under Local Rule 16-3(b). Docket No. 97. Plaintiff's motions *in limine* are currently under consideration by United States District Judge James C. Mahan. Judge Mahan will dispose of the motions *in limine* and related filings as he sees fit.

Accordingly, the Court hereby **DENIES** Defendants' motion to strike.

IT IS SO ORDERED.

DATED: August 29, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge