1 KYM SAMUEL CUSHING
Nevada Bar No. 4242
2 MARK C. SEVERINO
Nevada Bar No. 14117
3 **WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
4 300 South Fourth Street, 11th Floor
Las Vegas, Nevada  89101
5 (702) 727-1400; Fax:  (702) 727-1401
Kym.Cushing@wilsonelser.com
6 Mark.Severino@wilsonelser.com
*Attorneys for Defendants*
7 *Robert James Olaveson and Andrus Transportation Services*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JHONNY DARIO LEMUS,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT JAMES OLAVESON; ANDRUS TRANSPORTATION SERVICES INCORPORATED; DOES I through XX, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>    Defendants. | CASE NO.:  2:14-cv-01381-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JHONNY DARIO LEMUS and Defendants ROBERT JAMES OLAVESON and ANDRUS TRANSPORTATION SERVICES INCORPORATED, and each party's respective attorneys of record, that Plaintiff's

…

…

…

…

Page 1 of 2

1057892v.1

1
2
3
4

Complaint against Defendants ROBERT JAMES OLAVESON and ANDRUS TRANSPORTATION SERVICES INCORPORATED and any and all causes of action contained therein, be dismissed with prejudice in its entirety, with each party to bear its own fees and costs.

5

DATED this 11th day of October, 2016.        DATED this 11th day of October, 2016.

6

**LUCHERINI BLAKESLEY**                **WILSON, ELSER, MOSKOWITZ,**
**COURTNEY, P.C**.                     **EDELMAN & DICKER LLP**

7
8
9
10
11

BY: */s/Joshua Lucherini, Esq.*              BY**:** */s/Kym Samuel Cushing, Esq.*
   **JOHN COURTNEY, ESQ.**              **KYM SAMUEL CUSHING, ESQ.**
   Nevada Bar No. 11092                  Nevada Bar No. 4242
   **JOSHUA LUCHERINI, ESQ.**           **MARK C. SEVERINO, ESQ.**
   Nevada Bar No. 11638                  Nevada Bar No. 14117
   3175 South Eastern Avenue             300 South Fourth Street, 11th Floor
   Las Vegas, Nevada 89169               Las Vegas, Nevada 89101
   *Attorneys for Plaintiff*             *Attorneys for Defendants*

12
13

      IT IS SO ORDERED October 13, 2016.

14
15

                                                                                UNITED STATES DISTRICT COURT JUDGE

16
17
18
19
20
21
22
23
24
25
26
27
28

1057892v.1